UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| RILEY NEVILLE | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-CV-00227 |
| | ) | |
| THE SALVATION ARMY NATIONAL | ) | |
| CORPORATION, THE SALVATION ARMY | ) | |
| USA SOUTHERN TERRITORY dba THE | ) | |
| SALVATION ARMY, and THE SALVATION | ) | |
| ARMY KENTUCKY AND TENNESSEE | ) | |
| DIVISION | ) | |
| | ) | |
| DEFENDANTS | | |
| | | |
| AND | | |
| | | |
| THE SALVATION ARMY | ) | |
| USA SOUTHERN TERRITORY dba THE | ) | |
| SALVATION ARMY, and THE SALVATION | ) | |
| ARMY KENTUCKY AND TENNESSEE | ) | |
| DIVISION | | |
| | | |
| THIRD PARTY PLAINTIFFS | | |
| v. | | |
| | | |
| TERRI NEVILLE | ) | |
| | | |
| THIRD PARTY DEFENDANT | ) | |

---

### THIRD-PARTY PLAINTIFFS' NOTICE OF DISMISSAL OF THIRD-PARTY COMPLAINT

---

Pursuant to Fed. R. Civ. P. 41(a)(1) and (c), Defendants/Third-Party Plaintiffs

The Salvation Army USA Southern Territory and the "Salvation Army Kentucky and Tennessee Division" voluntarily dismiss the Third-Party Complaint against Terri Neville. No responsive pleading to the Third-Party Complaint has yet been served or filed, and the Third-Party Complaint is voluntarily dismissed without an Order of the Court pursuant to Rule 41(a)(1)(A).

/s/ Bryan H. Beauman
Bryan H. Beauman
Derrick T. Wright
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
bbeauman@sturgillturner.com
dwright@sturgillturner.com

&

Karen H. Miller
Joseph L. Amos, Jr.
Miller & Amos, Attorneys at Law
2 Hale Street
Charleston, West Virginia 25301
Office: (304) 343-7910
khmiller@karenmillerlaw.com
joeamos@karenmillerlaw.com
*Admitted Pro Hac Vice*

COUNSEL FOR DEFENDANT THE SALVATION ARMY USA SOUTHERN TERRITORY AND THE "SALVATION ARMY KENTUCKY AND TENNESSEE DIVISION"

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2026, the foregoing document was electronically filed with the Clerk of this Court using the Court's CM/ECF system, which will send notification of such filing to counsel for all parties registered to receive electronic filings.

*/s/ Bryan H. Beauman*
COUNSEL FOR DEFENDANT