UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| RILEY NEVILLE | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-CV-00227 |
| | ) | |
| THE SALVATION ARMY NATIONAL | ) | |
| CORPORATION, THE SALVATION ARMY | ) | |
| USA SOUTHERN TERRITORY dba THE | ) | |
| SALVATION ARMY, and THE SALVATION | ) | |
| ARMY KENTUCKY AND TENNESSEE | ) | |
| DIVISION | ) | |
| | ) | |
| DEFENDANTS | | |
| | | |
| AND | | |
| | | |
| THE SALVATION ARMY | ) | |
| USA SOUTHERN TERRITORY dba THE | ) | |
| SALVATION ARMY, and THE SALVATION | ) | |
| ARMY KENTUCKY AND TENNESSEE | ) | |
| DIVISION | | |
| | | |
| THIRD PARTY PLAINTIFFS | | |
| v. | | |
| | | |
| TERRI NEVILLE | ) | |
| | | |
| THIRD PARTY DEFENDANT | ) | |

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff and Defendants The Salvation Army and The Salvation Army Kentucky and Tennessee Division, being in AGREEMENT, and the Court in all ways sufficiently advised, hereby ORDERS as follows:

1

This matter is DISMISSED WITH PREJUDICE, with Plaintiff and Defendants The Salvation Army and The Salvation Army Kentucky and Tennessee Division to be responsible for their own legal fees and expenses.

It is so ORDERED.

_____
HON. REBECCA GRADY JENNINGS,
DISTRICT JUDGE

HAVE SEEN AND AGREE:

/s/Derrick T. Wright
Bryan H. Beauman
Derrick T. Wright
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
bbeauman@sturgillturner.com
dwright@sturgillturner.com

&

Karen H. Miller
Joseph L. Amos, Jr.
Miller & Amos, Attorneys at Law
2 Hale Street
Charleston, West Virginia 25301
Office: (304) 343-7910
khmiller@karenmillerlaw.com
joeamos@karenmillerlaw.com
*Admitted Pro Hac Vice*

COUNSEL FOR DEFENDANT THE
SALVATION ARMY USA SOUTHERN
TERRITORY AND THE "SALVATION
ARMY KENTUCKY AND TENNESSEE
DIVISION"

AND

2

Basyle Tchividjian
BozLaw, P.A.
112 West New York Avenue, Suite 207
DeLand, FL 32720
boz@bozlawpa.com

&

*/s/ David G. Bryant (with permission)*
David G. Bryant
David Bryant Law, PLLC
600 West Main Street, Suite 100
Louisville, KY 40202
david@davidbryantlaw.com

&

Mark P. Bryant
Emily Ward Roark
Bryant Law Center
601 Washington Street
Paducah, KY 42001
Mark.bryant@bryantpsc.com
Emily.roark@bryantpsc.com

COUNSEL FOR PLAINTIFF, RILEY NEVILLE