UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| RILEY NEVILLE | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-CV-00227 |
| | ) | |
| THE SALVATION ARMY NATIONAL | ) | |
| CORPORATION, THE SALVATION ARMY | ) | |
| USA SOUTHERN TERRITORY dba THE | ) | |
| SALVATION ARMY, and THE SALVATION | ) | |
| ARMY KENTUCKY AND TENNESSEE | ) | |
| DIVISION | ) | |
| | ) | |
| DEFENDANTS | | |
| | | |
| AND | | |
| | | |
| THE SALVATION ARMY | ) | |
| USA SOUTHERN TERRITORY dba THE | ) | |
| SALVATION ARMY, and THE SALVATION | ) | |
| ARMY KENTUCKY AND TENNESSEE | ) | |
| DIVISION | | |
| | | |
| THIRD PARTY PLAINTIFFS | | |
| v. | | |
| | | |
| TERRI NEVILLE | ) | |
| | | |
| THIRD PARTY DEFENDANT | ) | |

---

## **RESPONSE TO NOTICE**

---

Defendants, The Salvation Army and The Salvation Army Kentucky and Tennessee

Division ("Salvation Army Defendants"), by counsel, submit the following response to the

Notice [DE 59] filed by former Third-Party Defendant Terri Neville pursuant to the Court's July 22, 2026, Order [DE 58].

Having resolved the controversy between them, the Salvation Army Defendants and Plaintiff Riley Neville previously tendered an Agreed Order of Dismissal of Plaintiff's Complaint. [DE 56]. The Salvation Army Defendants additionally had filed an earlier Notice of Voluntary Dismissal of the third-party complaint against former Third-Party Defendant Terri Neville. [DE 54].

Although Terri Neville is no longer a party to the action, the Court observed that she had "appeared" and is required by Rule 41(a)(1)(A)(ii) to stipulate to dismissal. To enter the proposed Agreed Order of Dismissal between the Salvation Army Defendants and Plaintiff Riley Neville under Rule 41(a)(2) on terms the Court considers proper, the Court afforded Terri Neville seven days to file any "objection" to the proposed dismissal and directed the other parties to respond to any objection within seven days.

The ensuing "Notice" filed by Terri Neville pursuant to the Court's Order raises no objection to full dismissal of Plaintiff Riley Neville's claims and complaint against the Salvation Army Defendants. However, Terri Neville's Notice also references her purported "right to proceed against the Defendants in this case" and "requests that this Court grant her pending Motion for Leave to file an Intervening Complaint."

Because Terri Neville makes no objection to full dismissal of Plaintiff Riley Neville's claims and complaint against the Salvation Army Defendants, the record confirms that dismissal with prejudice between those parties is appropriate and can be entered. The Salvation Army Defendants otherwise object to the balance of Terri Neville's Notice. Any intervention in this action would be purely within the Court's discretion. Her request for the Court to grant her pending motion for leave also exceeds the scope of any

2

objection contemplated by the Court's Order and is premature. The default three-week period under local civil rules to respond to Terri Neville's July 20, 2026 motion for leave has not yet lapsed. The Salvation Army Defendants plan to timely respond to Terri Neville's motion in accordance with local civil rules and request the Court to reserve decision on that motion until briefing has concluded.

Respectfully submitted,

/s/Derrick T. Wright
Bryan H. Beauman
Derrick T. Wright
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
bbeauman@sturgillturner.com
dwright@sturgillturner.com

&

Karen H. Miller, Esquire
Joseph L. Amos, Jr., Esquire
Miller & Amos, Attorneys at Law
2 Hale Street
Charleston, West Virginia 25301
Office: (304) 343-7910
Cell: (304) 549-1322
Fax: (304) 343-7915
khmiller@karenmillerlaw.com
joeamos@karenmillerlaw.com
*Admitted Pro Hac Vice*

*Attorneys for Defendant The Salvation Army USA Southern Territory And The "Salvation Army Kentucky And Tennessee Division"*

3

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, the foregoing document was electronically filed with the Clerk of this Court using the Court's CM/ECF system, which will send notification of such filing to all parties registered to receive electronic filings.

*/s/ Derrick T. Wright*
COUNSEL FOR DEFENDANT