UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
*Electronically Filed*

| | | |
|---|---|---|
| RILEY NEVILLE | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:25-CV-00227 |
| | ) | |
| THE SALVATION ARMY NATIONAL | ) | |
| CORPORATION, THE SALVATION ARMY | ) | |
| USA SOUTHERN TERRITORY dba THE | ) | |
| SALVATION ARMY, and THE SALVATION | ) | |
| ARMY KENTUCKY AND TENNESSEE | ) | |
| DIVISION | ) | |
| | ) | |
| DEFENDANTS | | |

## RESPONSE TO MOTION FOR LEAVE
## TO FILE INTERVENING COMPLAINT

Defendants The Salvation Army USA Southern Territory and the "Salvation Army Kentucky and Tennessee Division" file this Response to Terri Neville's motion for leave to file to intervene.

Defendants understand granting leave under Fed.R.Civ.P. 24(b) to file an Intervening Complaint in large part lies within the discretion of the Court,[1] and although the motion here did not address in substantial detail the required factors of Rule 24(a),[2] the Court may find this motion meets the elements of intervention. For

---

[1]   *United States v. Michigan*, 424 F.3d 438, 445 (6th Cir. 2005).

[2]   *See Cameron v. Panther Transportation Inc.*, 3:25-CV-301-RGJ, 2026 WL 1247229, at *1 (W.D. Ky. May 6, 2026) (holding that the Sixth Circuit requires

1

judicial convenience purposes, these Defendants are (or were) of course already before the Court and with the now pending anticipated dismissal of the claims in the original Complaint.

The Intervening Complaint, however, fails to state a viable claim against these Defendants. While those issues perhaps may be required to be addressed in a motion to dismiss under Fed.R.Civ.P. 12, the Intervening Complaint still fails to state a claim. For example, the Kentucky Whistleblower Act applies only to a certain number of state entities so the Intervening Plaintiff can state no claim there,[3] and claims about the Third-Party Complaint will be barred by applicable privileges including the judicial statement privilege.[4]

Again, these Defendants recognize such arguments may be required to be made in response to the Intervening Complaint as opposed to in response to a motion for leave to intervene under Fed.R.Civ.P. Rule 24. Defendants therefore reserve the right to seek dismissal should the Court grant the Intervening Plaintiff's motion.

---

an applicant show that: "1) the application was timely filed; 2) the applicant possesses a substantial legal interest in the case; 3) the applicant's ability to protect its interest will be impaired without intervention; and 4) the existing parties will not adequately represent the applicant's interest") (quoting *Blount-Hill v. Zelman*, 636 F.3d 278, 283 (6th Cir. 2001)).

[3] *See* KRS 61.101(2) ("Employer" means the Commonwealth of Kentucky or any of its political subdivisions"); *Kearney v. University of Kentucky*, 638 S.W.3d 385 (Ky. 2022) ("in short, the KWA protects governmental employees…")

[4] *New Albany Main Street Properties, LLC v. Stratton*, 677 S.W.3d 345, 348 (Ky. 2023) ("The prevailing rule regarding the judicial statements privilege in Kentucky is that communications made pursuant to judicial proceedings are absolutely privileged even if otherwise defamatory…This includes pleadings and statements of witnesses") (citation omitted).

*/s/Bryan H. Beauman*
Bryan H. Beauman
Derrick T. Wright
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1500
Lexington, KY 40507
Telephone No.: (859) 255-8581
bbeauman@sturgillturner.com
dwright@sturgillturner.com

&

Karen H. Miller
Joseph L. Amos, Jr.
Miller & Amos, Attorneys at Law
2 Hale Street
Charleston, West Virginia 25301
Office: (304) 343-7910
khmiller@karenmillerlaw.com
joeamos@karenmillerlaw.com
*Admitted Pro Hac Vice*

COUNSEL FOR DEFENDANT THE SALVATION ARMY USA SOUTHERN TERRITORY AND THE "SALVATION ARMY KENTUCKY AND TENNESSEE DIVISION"

## CERTIFICATE OF SERVICE

I hereby certify that on August 10, 2026, the foregoing document was electronically filed with the Clerk of this Court using the Court's CM/ECF system, which will send notification of such filing to counsel for all parties registered to receive electronic filings.

*/s/ Bryan H. Beauman*
COUNSEL FOR DEFENDANT

3